**Electronically Filed
Supreme Court
SCPW-24-0000835
26-FEB-2025
09:02 AM
Dkt. 34 ODDP**

SCPW-24-0000835

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ORRIN SIMER, Petitioner,

vs.

THE HONORABLE KEVIN A. SOUZA,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CPC-24-0000146)

<u>ORDER DENYING PETITION FOR EXTRAORDINARY WRIT</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Morikawa, in place of Devens, J., recused)

Upon consideration of the petition for extraordinary writ filed December 20, 2024, and the record, the Respondent Judge considered Petitioner's financial status and other factors when addressing the motion to reduce bail. This record does not reflect that the Respondent Judge's decision to deny Petitioner's motion to reduce bail constitutes a flagrant and

manifest abuse of discretion.  See Hawaiʻi Revised Statutes

§ 804-9 (Supp. 2019); Womble Bond Dickinson (US) LLP v. Kim, 153

Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, February 26, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Trish K. Morikawa

2